UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

IN RE:        HDC FARMS, LLC                                      Case No. 3:24-bk-11142
                                                                 Chapter 12

## OBJECTION AND RESPONSE TO MOTION FOR APPROVAL
## TO INCUR DEBT WITH NOTICE OF OPPORTUNITY TO OBJECT

Come Farm Credit Mid-America, FLCA ("FLCA") and Farm Credit Mid-America, PCA ("PCA), parties in interest with respect to the above captioned case, and for their Objection to Motion for Approval to Incur Debt With Notice of Opportunity to Object, state:

1.     Admit the allegations set forth in paragraph 1 of Debtor's Motion.

2.     Admit the allegations contained in paragraph 2 of Debtor's Motion.

3.     FLCA and PCA are secured creditors in this Chapter 12 proceeding. The total amount owed to FLCA as of the date of filing was $90,288.36, and the total amount owed to PCA as of the date of filing was $2,570,512.80.

4.     The claims of FLCA and/or PCA are secured by various mortgages, security agreements, financing statements and other security documents. These security documents grant FLCA and/or PCA security interests in, among other items of collateral, crops, farm products, inventory, equipment, government payments and proceeds thereof.

5.     Pleading to the allegations of paragraph 3, FLCA and PCA are without sufficient information to admit or deny the allegations thereof and, therefore, deny same.

6.     Pleading to the allegations of paragraph 4, FLCA and PCA are without sufficient information to admit or deny the allegations thereof and, therefore, deny same.

7.     Pleading to the allegations contained in paragraph 5, FLCA and PCA do not object to ARM possessing a first and prior lien on any 2024 crop it finances, but FLCA and PCA object to ARM being granted first lien status on crops, proceeds of crops, insurance proceeds, indemnity payments and the other items described in paragraph 5 of Debtor's Motion for any prior crop years.  Pleading affirmatively, PCA asserts its first and prior lien in the 2023 and prior years' crops, government payments, inventory and insurance payments and related collateral. FLCA and PCA request that the priority of FLCA and/or PCA's liens be referenced in any order approving the ARM loan.

8.     Pleading to the allegations contained in paragraph 6, FLCA and PCA do not object to ARM  obtaining a subordinate lien in Debtor's equipment and implements of farming as long as said lien is expressly subordinate to the existing liens therein of PCA and FLCA.

9.     Pleading to the allegations contained in paragraph 7, FLCA and PCA do not object to administrative expenses treatment if this Court approves the ARM loan.

10.     Pleading to the allegations contained in paragraph 8, FLCA and PCA are without sufficient information to admit or deny the allegations thereof and, therefore, deny same.

11.     Pleading to the allegations of paragraph 9, FLCA and PCA are without sufficient information to admit or deny the allegations thereof and, therefore, deny same.

12.     Pleading to the allegations of paragraph 10, FLCA and PCA are without sufficient information to admit or deny the allegations thereof and, therefore, deny same.

13.     Deny each and every other material allegation of Debtor's Motion not specifically admitted herein.

-2-

WHEREFORE, Farm Credit Mid-America, FLCA and Farm Credit Mid-America, PCA pray that the Debtor's Motion for Approval to Incur Debt with Notice of Opportunity to Object be denied, or, alternatively, that any lien granted to ARM be made expressly subordinate to the prior liens of FLCA and PCA, and for any and all further relief to which they may be entitled.

Ralph W. Waddell (85l63)
WADDELL, COLE & JONES, PLLC
Post Office Box 1700
Jonesboro, AR 72403
(870) 931-1700


By    */s/ Ralph W. Waddell*
Attorneys for Farm Credit Mid-America, FLCA and
Farm Credit Mid-America, PCA

## CERTIFICATE OF SERVICE

I, Ralph W. Waddell, do hereby certify that the foregoing pleading has been served on and be delivered to all electronic case filing system participating parties via the Court's ECF noticing systems and provided to the following counsel of record, via U.S. Mail or electronically, this 16th day of May, 2024.

Joel G. Hargis
Caddell Reynolds
P.O. Box 184
Fort Smith, AR 72902

Renee Williams
Chapter 12 Standing Trustee
125 Robertsridge Street
Hot Springs, AR 71901


*/s/ Ralph W. Waddell*

F:\USERS\RWW\FCS (now FCMA)\HDC Farms, LLC (Hunter Miller)\Draft Pleadings - Bankruptcy\Objection and Response to Motion to Incur.wpd