UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

IN RE:          HDC FARMS, LLC                                   Case No. 3:24-bk-11142
                                                                              Chapter 12

**OBJECTION TO CHAPTER 12 PLAN OF REORGANIZATION DATED JULY 23, 2024**

Farm Credit Mid-America, FLCA ("FLCA") and Farm Credit Mid-America, PCA ("PCA), parties in interest with respect to the above captioned case, for their Objection to Chapter 12 Plan of Reorganization dated July 23, 2024 filed by Debtor [Docket #45], state:

1.      The Debtor filed its Chapter 12 bankruptcy petition on April 5, 2024.

2.      The Debtor filed its Chapter 12 plan on July 23, 2024.

**PCA Loans**

3.      The Debtor is indebted to PCA on seven (7) separate loans as evidenced by the promissory notes more particularly described in Schedule A attached hereto and incorporated herein by reference (the "PCA Loans").

4.      The PCA Loans are secured by the various mortgages, security agreements, financing statements and other loan documents also more particularly described in Schedule A attached hereto and incorporated herein by reference (collectively, the "PCA Security Instruments") which grant to PCA a lien and/or security interest in certain real and personal property ("PCA Collateral"), including but not limited to equipment, crops, and government payments.

5.      On June 5, 2024, PCA filed its secured proofs of claims #6-1 through #12-1 in this proceeding, which such claims are incorporated herein by reference (collectively, the "PCA

Secured Claims"). The PCA Secured Claims represent seven (7) separate PCA loans to the Debtor.  The amounts owed on each of the PCA loans are set forth in the PCA Secured Claims, except that the amount on the PCA Loan evidenced by claim #9-1 has been paid down to $25,885.12[1] from the pre-petition sale of equipment.

**FLCA Loan**

6.      The Debtor is indebted to FLCA on a certain promissory note more particularly described in Schedule B attached hereto and incorporated herein by reference (the "FLCA Loan").

7.      The FLCA Loan is secured by various mortgages, security agreements, and assignment of rents more particularly described in Schedule B attached hereto and incorporated herein by reference (collectively, the "FLCA Security Instruments") which grant to FLCA a lien and/or security interest in certain real and personal property ("FLCA Collateral").

8.      On June 5, 2024, FLCA filed its secured proof of claim #5-1 in this proceeding, which such claim is incorporated herein by reference ("FLCA Secured Claim"). The amounts owed on the FLCA Loan are set forth in the FLCA Secured Claim.

**The Debtor's Plan**

9.      In the Debtor's plan, the Debtor lists PCA as a secured creditor with a collateral value of $6,190,745.00 and an aggregate claim of $5,632,994.82.  The Debtor proposes to pay the PCA claim as a single claim at the rate of 5% per annum in annual installments of

---

[1] Plus interest, costs and attorney's fees.

$399,674.82 with the debt to PCA to survive the Chapter 12 plan and Debtor to continue with 20 more annual payments to be paid after the plan term.

10.    The Debtor makes no provision in its Chapter 12 plan for payment of the FLCA Secured Claim.

## Objections to Plan

11.    FLCA and PCA object to Debtor's plan on the following grounds:

(a)    The plan fails to comply with the provisions of 11 U.S.C. § 1225(a)(1).

(b)    The plan fails to satisfy the requirements of 11 U.S.C. § 1225(a)(5) because:  (1) FLCA and PCA do not accept the Debtor's plan; (2) the Debtor does not propose to surrender the Collateral to FLCA and PCA: and (3) the plan does not provide that FLCA and PCA will receive the present value of their secured claims.  11 U.S.C. § 1225(a)(5)(B).

(c)    The Debtor fails to propose any payment on FLCA's claim in its plan and as a result, as to FLCA, the plan fails to meet the requirements of 11 U.S.C. § 1225(a)(5).

(d)    The plan lumps the PCA Secured Claims into one single payment even though there are seven (7) separate PCA Loans.  This makes it impossible for PCA and/or the Chapter 12 Trustee to determine how to disburse and apply the proposed plan payments among the PCA Loans.  The Debtor should be required to treat each claim separately and propose specific treatment for each of the PCA Secured Claims.

(e)    The proposed payment period to PCA in the plan over a plan period of 5 years plus an additional period of 20 years exceeds the term generally available in the market place for loans secured by similar collateral and to a borrower such as the Debtor.

(f)    The rate of interest of 5% proposed by Debtor to be paid to PCA is not consistent with an available market rate of interest available for loans of this type and further fails to take into account the risk associated with this Debtor and the collateral securing the PCA Loans. As a result, the Debtor's plan fails to provide that PCA will receive the present value of its secured claims as required by 11 U.S.C. § 1225(a)(5)(B).

(g)    A portion of the PCA Collateral is farm equipment which is subject to rapid depreciation with use and passage of time. The Debtor's proposal to pay PCA over a plan period of 5 years plus an additional period of 20 years does not adequately protect PCA from the effects of the depreciation of the value of its collateral. The payment period proposed by Debtor exceeds a reasonable market term for loans secured by the type of collateral securing the PCA Secured Claims and essentially renders PCA unsecured to the extent the payout period exceeds a reasonable market available term. Because Debtor's plan proposes a payout period in excess of that generally available in the market place for collateral of this age and type, the interest of PCA is not adequately protected.

(h)     FLCA and Debtor do not believe the Debtor will be able to make all of the payments proposed by its Chapter 12 plan. The Debtor's plan is not feasible. 11 U.S.C. § 1225(a)(6).

(i)     The plan is not proposed in good faith as required by 11 U.S.C. § 1225(a)(3).

WHEREFORE,  Farm Credit Mid-America, FLCA and Farm Credit Mid-America, PCA pray that the Debtor's Chapter 12 Plan of Reorganization Dated July 23, 2024 be not confirmed, and for any and all further relief to which they may be entitled.

> Ralph W. Waddell (85l63)
> WADDELL, COLE & JONES, PLLC
> Post Office Box 1700
> Jonesboro, AR 72403
> (870) 931-1700
>
>
> By     */s/ Ralph W. Waddell*
> Attorneys for Farm Credit Mid-America, FLCA and
> Farm Credit Mid-America, PCA

## <u>CERTIFICATE OF SERVICE</u>

I, Ralph W. Waddell, do hereby certify that the foregoing pleading has been served on and be delivered to all electronic case filing system participating parties via the Court's ECF noticing systems and provided to the following counsel of record, via U.S. Mail or electronically, this 30th day of August, 2024.

Joel G. Hargis
Caddell Reynolds
P.O. Box 184
Fort Smith, AR 72902

Renee Williams
Chapter 12 Standing Trustee
125 Robertsridge Street
Hot Springs, AR 71901

*/s/ Ralph W. Waddell*

SCHEDULE A -  HDC FARMS LLC
(Description of PCA Secured Claims)

I.   **PROMISSORY NOTES**

A.   Promissory Note/Loan Agreement, Loan No. xxxxx 0400 dated February 15, 2019 from HDC Farms LLC, Hunter Booth Miller, individually, and Donna Kaye Miller, individually to Farm Credit Mid-America, PCA, successor in interest by merger to Farm Credit MidSouth, PCA ("PCA") in the original principal sum of $210,000.00.

B.   Promissory Note/Loan Agreement, Loan No. xxxxx 0800 dated April 20, 2020 from HDC Farms LLC, Hunter Booth Miller, individually, and Donna Kaye Miller, individually to Farm Credit Mid-America, PCA, successor in interest by merger to Farm Credit MidSouth, PCA ("PCA") in the original principal sum of $175,050.

C.   Promissory Note/Loan Agreement, Loan No. xxxxx 4500 dated June 19, 2021 from HDC Farms LLC, Hunter Booth Miller, individually, and Donna Kaye Miller, individually to Farm Credit Mid-America, PCA, successor in interest by merger to Farm Credit MidSouth, PCA ("PCA") in the original principal sum of $996,550.00.

D.   Promissory Note/Loan Agreement, Loan No. xxxxx 5400 dated February 22, 2021from HDC Farms LLC, Hunter Booth Miller, individually, and Donna Kaye Miller, individually to Farm Credit Mid-America, PCA, successor in interest by merger to Farm Credit MidSouth, PCA ("PCA") in the original principal sum of $240,100.

E.   Promissory Note/Loan Agreement, Loan No. xxxxx 3400 dated February 25, 2022 from HDC Farms LLC, Hunter Booth Miller, individually, and Donna Kaye Miller, individually to Farm Credit Mid-America, PCA, successor in interest by merger to Farm Credit MidSouth, PCA ("PCA") in the original principal sum of $1,250,000.

F.   Promissory Note/Loan Agreement, Loan No. xxxxx 1800 dated March 9, 2022 from HDC Farms LLC, Hunter Booth Miller, individually, and Donna Kaye Miller, individually to Farm Credit Mid-America, PCA, successor in interest by merger to Farm Credit MidSouth, PCA ("PCA") in the original principal sum of $228,200.

G.   Promissory Note/Loan Agreement, Loan No. xxxxx 7800 dated February March 10, 2023from HDC Farms LLC, Hunter Booth Miller, individually, and Donna Kaye Miller, individually to Farm Credit Mid-America, PCA, successor in interest by merger to Farm Credit MidSouth, PCA ("PCA") in the original principal sum of $385,000.

II.     **COLLATERAL.**  The Notes are secured by the following described mortgages, security agreements, financing statements and other security documents:

1.      **MORTGAGES**

A.      Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing, dated March 23, 2011, executed by Clayton Miller a/k/a Don Clayton Miller, Hunter Miller a/k/a Hunter B. Miller and Donna Miller, husband and wife, to PCA and recorded March 23, 2011 in Book 2011 at page 1946 in the Osceola District of Mississippi County, Arkansas.

B.      Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage, dated June 27, 2012, executed by Clayton Miller a/k/a Don Clayton Miller, and Hunter Miller a/k/a Hunter B. Miller and Donna Miller, husband and wife, to PCA and recorded June 28, 2012 as LC2012R-0737 in the Eastern District of Craighead County, Arkansas.

C.      Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage, dated June 27, 2012, executed by Clayton Miller a/k/a Don Clayton Miller, and Hunter Miller a/k/a Hunter B. Miller and Donna Miller, husband and wife, to PCA and recorded June 28, 2012, in Book 2012 at page 3514 in the Osceola District of Mississippi County, Arkansas.

D.      Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage, dated April 18, 2016, executed by Clayton Miller a/k/a Don Clayton Miller and Shawna Miller, husband and wife, and Hunter Miller a/k/a Hunter B. Miller and Donna Miller, husband and wife, to PCA and recorded May 3, 2016 in Book 2029 at page 7738 of the Chickasawba District of Mississippi County, Arkansas.

E.      Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage dated March 13, 2020, executed by Hunter Booth Miller a/k/a Hunter Miller and Donna Kaye Miller a/k/a Donna Miller, husband and wife, to PCA and recorded March 16, 2020 as 2020R-005644 in the Lake City District of Craighead County, Arkansas.

F.      Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage, dated March 13, 2020, executed by Hunter Booth Miller a/k/a Hunter Miller and Donna Kaye Miller a/k/a Donna Miller, husband and wife, to PCA and recorded March 16, 2020, as 2020-001795 in the Osceola District of Mississippi County, Arkansas.

G.      Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage, dated March 13, 2020, executed by Hunter Booth Miller a/k/a Hunter Miller and Donna Kaye Miller a/k/a Donna Miller, husband

and wife, to PCA and recorded March 16, 2020 as 2020R-00740 in Poinsett County, Arkansas.

H.      Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage, dated January 19, 2021, executed by Hunter Booth Miller a/k/a Hunter Miller and Donna Kay Miller a/k/a Donna Miller, husband and wife, to PCA and recorded January 21, 2021, as 2021R-001651 of the Lake City District of Craighead County, Arkansas.

I.      Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage, dated January 19, 2021, executed by Hunter Booth Miller a/k/a Hunter Miller and Donna Kay Miller a/k/a Donna Miller, husband and wife, to PCA and recorded January 21, 2021, as 2021-000418 in the Osceola District of Mississippi County, Arkansas.

J.      Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage, dated January 19, 2021, executed by Hunter Booth Miller a/k/a Hunter Miller and Donna Kay Miller a/k/a Donna Miller, husband and wife, to PCA and recorded January 21, 2021, as 2021R-00199 in Poinsett County, Arkansas.

K.      Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage, dated February 25, 2022, executed by Hunter Booth Miller a/k/a Hunter Miller a/k/a Hunter B. Miller and Donna Kaye Miller a/k/a Donna Miller, husband and wife, to PCA and recorded February 28, 2022 in 2022R-004419 in Lake City District, Craighead County, Arkansas.

L.      Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage, dated February 25, 2022, executed by Hunter Booth Miller a/k/a Hunter Miller a/k/a Hunter B. Miller and Donna Kaye Miller a/k/a Donna Miller, husband and wife, to PCA and recorded February 28, 2022, in 2022R-004420 Lake City District, Craighead County, Arkansas.

M.      Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage, dated February 25, 2022, executed by Hunter Booth Miller a/k/a Hunter Miller a/k/a Hunter B. Miller and Donna Kaye Miller a/k/a Donna Miller, husband and wife, to PCA and recorded March 3, 2022 in 2022-001554 Osceola District, Mississippi County, Arkansas.

N.      Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage, dated February 25, 2022, executed by Hunter Booth Miller a/k/a Hunter Miller a/k/a Hunter B. Miller and Donna Kaye Miller a/k/a Donna Miller, husband and wife, to PCA and recorded March 3, 2022 in 2022-001555 Osceola District, Mississippi County, Arkansas.

O.   Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage, dated February 25, 2022, executed by Hunter Booth Miller a/k/a Hunter Miller a/k/a Hunter B. Miller and Donna Kaye Miller a/k/a Donna Miller, husband and wife, to PCA and recorded February 28, 2022 in 2022R-00649 Poinsett County, Arkansas.

2.   **SECURITY AGREEMENTS**

The Note is secured by all existing and future security agreements from HDC Farms LLC, Hunter Booth Miller, individually, and Donna Kaye Miller, individually to PCA, including, but not limited to, the following:

A.   Security Agreement dated February 29, 2012 executed by HDC Farms LLC, Hunter Miller, individually and Donna Miller, individually to PCA.

B.   Security Agreement dated June 1, 2015 executed by HDC Farms LLC, Hunter Miller, individually and Donna Miller, individually, to PCA.

C.   Security Agreement dated May 3, 2016 executed by HDC Farms LLC, Hunter Miller, individually and Donna Miller, individually, to PCA.

D.   Security Agreement dated March 1, 2019 executed by HDC Farms LLC, Hunter Miller, individually and Donna Miller, individually, to PCA.

E.   Security Agreement dated February 25, 2022 executed by HDC Farms LLC, Hunter Booth Miller, individually, and Donna Kaye Miller, individually, to PCA.

F.   Membership Interest Pledge and Security Agreement dated February 15, 2019 executed by HDC Farms LLC, Hunter Booth Miller, individually, and Donna Kaye Miller, individually, to PCA.

3.   **UCC FINANCING STATEMENTS.**

The security interest of PCA is perfected by the certain UCC Financing Statements, including, but not limited to the following:

A.   UCC1 40000010855720 filed 3/10/09 with the AR SOS
     UCC3 40000010855841 filed 4/8/10 with the AR SOS
     UCC3 400000109404462 filed 4/9/10 with the AR SOS
     UCC3 40000010904846 filed 4/9/10 with the AR SOS
     UCC3 40000045533640 filed 2/28/12 with the AR SOS
     UCC3 40000045533882 filed 2/28/12 with the AR SOS
     UCC3 40000045534035 filed 2/28/12 with the AR SOS
     UCC3 40000045534277 filed 2/28/12 with the AR SOS
     UCC3 40000045534419 filed 2/28/12 with the AR SOS

-10-

UCC3 40000079181212 filed 11/15/13 with the AR SOS
UCC3 40000079181838 filed 11/15/13 with the AR SOS
UCC3 40000079182223 filed 11/15/13 with the AR SOS
UCC3 40000079182465 filed 11/15/13 with the AR SOS
UCC3 40000103464264 filed 2/18/15 with the AR SOS
UCC3 40000103465033 filed 2/18/15 with the AR SOS
UCC3 40000103465891 filed 2/18/15 with the AR SOS
UCC3 40000103466428 filed 2/18/15 with the AR SOS
UCC3 40000127698168 filed 4/29/16 with the AR SOS
UCC3 40000128113626 filed 5/6/16 with the AR SOS
UCC3 40000162804580 filed 2/12/18 with the AR SOS
UCC3 40000180585485 filed 1/8/19 with the AR SOS
UCC3 40000187846624 filed 5/14/19 with the AR SOS
UCC3 4000019915032 filed 12/17/19 with the AR SOS
UCC3 40000199149754 filed 12/17/19 with the AR SOS
UCC3 40000020398430 filed 10/11/20 with the AR SOS
UCC3 4000007918267 filed 11/15/23 with the AR SOS
UCC3 40000285199169 filed 3/1/24 with the AR SOS
UCC3 4000028523891 filed 3/4/24 with the AR SOS

B.   UCC1 No. 40000182754859 filed 2/19/19 with the AR SOS
     UCC3 No. 4000028447238 filed 2/19/24 with the AR SOS
     UCC3 No. 40000288376290 filed 4/25/24 with the AR SOS

C.   UCC1 40000182761968 filed 2/19/19 with the AR SOS
     UCC3 40000245959987 filed 2/28/22 with the AR SOS
     UCC3 40000284371382 filed 2/15/24 with the AR SOS
     UCC3 40000288375784 filed 4/25/24 with the AR SOS

D.   UCC1 No. 4000025867158 filed 9/27/22 with the AR SOS

E.   UCC1 40000159524546 filed 10/12/22 with the AR SOS

F.   UCC1 No. 400000264033638 filed 1/13/23 with the AR SOS

4.   **ADDENDUMS**

A.   Addendum to Loan Documents dated August 3, 2021 between PCA, HDC
     Farms, LLC, Hunter Miller, individually and Donna Kaye Miller, individually,
     to PCA.

B.   Addendum to Loan Documents dated March 9, 2022 between PCA, HDC Farms,
     LLC, Hunter Miller, individually and Donna Kaye Miller, individually, to PCA.

C.   Addendum to Loan Documents March 10, 2023 between PCA, HDC Farms,
     LLC, Hunter Miller, individually and Donna Kaye Miller, individually, to PCA.

-11-

SCHEDULE B - HDC FARMS LLC
(Description of FLCA Secured Claim)

1.  Promissory Note/Loan Agreement, Loan No. xxxxx 2800 dated April 8, 2013 from HDC Farms LLC, Hunter Booth Miller, individually, and Donna Kaye Miller, individually to Farm Credit Mid-America, FLCA, successor in interest by merger to Farm Credit Midsouth, FLCA ("FLCA") in the original principal sum of $163,305.

2.  Mortgage, Security Agreement, Assignment of Rents and Fixture Filing dated April 8, 2013 from Hunter Miller and Donna Miller to FLCA and recorded April 8, 2013 in Book 2013 page 2120, Osceola District Mississippi County, Arkansas.

3.  Mortgage, Security Agreement, Assignment of Rents and Fixture Filing dated April 8, 2013 from Hunter Miller and Donna Miller to FLCA and recorded April 8, 2013 in Book 2013 page 440, Eastern District Craighead County, Arkansas. Tract No. 7 described in the Mortgage was released by Partial Release dated May 4, 2016 and recorded May 5, 2016 as Instrument #LC 2016R-0486, Eastern District Craighead County, Arkansas.

4.  Arkansas Mortgage, Security Agreement, Assignment of Rents and Fixture Filing dated February 5, 2015 from Hunter Miller and Donna Miller, husband and wife, to FLCA and recorded February 18, 2015 as Instrument LC2015R-0200, in the Lake City District of Craighead County, Arkansas.

5.  Arkansas Mortgage, Security Agreement, Assignment of Rents and Fixture Filing dated February 5, 2015 from Hunter Miller and Donna Miller, husband and wife, to FLCA and recorded on February 18, 2015 in Book 2015 at page 0701, Osceola District Mississippi County, Arkansas.

6.  Arkansas Mortgage, Security Agreement, Assignment of Rents and Fixture Filing dated February 5, 2015 from Hunter Miller and Donna Miller, husband and wife, to FLCA and recorded on February 18, 2015 as Instrument 2015R-00455, Poinsett County, Arkansas.

7.  Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing dated July 13, 2022 executed by Hunter Booth Miller a/k/a Hunter Miller a/k/a Hunter B. Miller and Donna Kaye Miller a/k/a Donna Miller, husband and wife, to FLCA and recorded July 26, 2022 as Instrument #2022-005406, Osceola District Mississippi County, Arkansas, on July 18, 2022, as Instrument #2022R-02332, Poinsett County, Arkansas, and on July 15, 2022 as Instrument #2022R-015751, Lake City District Craighead County, Arkansas.

8.  Correction Mortgage, Security Agreement, Assignment of Rents and Fixture Filing, dated March 23, 2023, executed by Hunter Booth Miller a/k/a Hunter Miller a/k/a Hunter B. Miller and Donna Kaye Miller a/k/a Donna Miller, husband and wife, to FLCA and recorded May 17, 2023 as Instrument # 2023R-008373, Lake City District Craighead County, Arkansas.

9.  Correction Mortgage, Security Agreement, Assignment of Rents and Fixture Filing, dated March 23, 2023 executed by Hunter Booth Miller a/k/a Hunter Miller a/k/a Hunter B. Miller and Donna

Kaye Miller a/k/a Donna Miller, husband and wife, and recorded May 22, 2023 as Instrument #2023-003110, Osceola District Mississippi County, Arkansas.

10.     Correction Mortgage, Security Agreement, Assignment of Rents and Fixture Filing, dated March 23, 2023 executed by Hunter Booth Miller a/k/a Hunter Miller a/k/a Hunter B. Miller and Donna Kaye Miller a/k/a Donna Miller, husband and wife, and recorded May 25, 2023 as Instrument #2023-003240, Chickasawba District Mississippi County, Arkansas.

11.     Correction Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Correction Mortgage, dated March 23, 2023, executed by Hunter Booth Miller a/k/a Hunter Miller a/k/a Hunter B. Miller and Donna Kaye Miller a/k/a Donna Miller, husband and wife, and recorded May 17, 2023 as Instrument #2023R-01395, Poinsett County, Arkansas.

F:\USERS\RWW\FCMA\HDC Farms, LLC (Hunter Miller)\Draft Pleadings - Bankruptcy\Objection to Plan (HDC Farms).wpd