UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

IN RE:        HDC FARMS, LLC                                    Case No. 3:24-bk-11142
                                                                        Chapter 12

### OBJECTION TO AMENDED CHAPTER 12 PLAN
### OF REORGANIZATION DATED DECEMBER 12, 2025

Farm Credit Mid-America, FLCA ("FLCA") and Farm Credit Mid-America, PCA

("PCA), parties in interest with respect to the above captioned case, for their Objection to the

Amended Chapter 12 Plan of Reorganization dated December 12, 2025 filed by Debtor [Docket

#137], state:

1.  The Debtor filed its Chapter 12 bankruptcy petition on April 5, 2024.

2.  The Debtor filed its original Chapter 12 Plan on July 23, 2024.

3.  The Debtor filed its amended Chapter 12 plan on September 24, 2025.

4.  The Debtor filed its further amended Chapter 12 plan on December 12, 2025.

### PCA Loans

5.  The Debtor is indebted to PCA on seven (7) separate loans as evidenced by the

promissory notes more particularly described in **Schedule A** attached hereto and incorporated

herein by reference (the "PCA Loans").

6.  The PCA Loans are secured by various mortgages, security agreements, financing

statements and other loan documents also more particularly described in Schedule A attached

hereto and incorporated herein by reference (collectively, the "PCA Security Instruments") which

grant to PCA a lien and/or security interest in certain real and personal property ("PCA

Collateral"), including but not limited to equipment, crops, and government payments.

EOD: December 31, 2025

7. On June 5, 2024, PCA filed its secured proofs of claims #6-1 through #12-1 in this proceeding, which such claims are incorporated herein by reference (collectively, the "PCA Secured Claims").

8. The amounts owed on each of the PCA loans are set forth in the PCA Secured Claims, except that the amount on the PCA Loan evidenced by claim #9-1 has been paid down to $25,885.12 from the pre-petition sale of equipment.

## FLCA Loan

9. The Debtor is indebted to FLCA on a certain promissory note more particularly described in **Schedule B** attached hereto and incorporated herein by reference (the "FLCA Loan").

10. The FLCA Loan is secured by various mortgages, security agreements, and assignment of rents more particularly described in Schedule B attached hereto and incorporated herein by reference (collectively, the "FLCA Security Instruments") which grant to FLCA a lien and/or security interest in certain real and personal property ("FLCA Collateral").

11. On June 5, 2024, FLCA filed its secured proof of claim #5-1 in this proceeding, which such claim is incorporated herein by reference ("FLCA Secured Claim"). The amount owed on the FLCA Loan is set forth in the FLCA Secured Claim.

12. FLCA and PCA object to Debtor's Chapter 12 Amended Plan filed on December 12, 2025 on the following grounds:

(a) The Debtor's Chapter 12 Amended Plan filed on December 12, 2025 fails to comply with the provisions of 11 U.S.C. § 1225(a)(1).

-2-

(b)     The Debtor's Chapter 12 Amended Plan filed on December 12, 2025 fails to clarify that the fifth (5th) and final payment on the FLCA and PCA claims is a balloon payment for the remaining unpaid balance owed on the respective FLCA and PCA loans.  In the Debtor's Chapter 12 Amended Plan filed on September 24, 2025, the plan contained a statement specifically reflecting that all FLCA and PCA loans other than FLCA Loan 11900 (Clayton Miller loan) were subject to a 5 year balloon payment. For sake of clarity, Debtor should be required to further amend his plan to reflect the 5th year balloon payments to FLCA and PCA.

(c)     Section 1, "Plan Payments by Debtors to Trustee and Length of Plan", provides for payments of "$286,857.00 (2nd-5th year)" but also provides that "First full month after confirmation of the plan then monthly."  The reference to monthly appears to be incorrect and it should instead say annually.

(d)     Section 1, "Plan Payments by Debtors to Trustee and Length of Plan", provides $97,937.63 will be paid to Farm Credit Mid-America from funds it holds in escrow together with the amount above."  The Debtor's amended plan should be amended to specifically describe how those funds will be applied to the FLCA and PCA loans.

(e)     FLCA and PCA object to Debtor's Chapter 12 Amended Plan because (1) neither FLCA nor PCA accept Debtor's amended plan; (2) the Debtor does not propose to surrender the FLCA Collateral or the PCA Collateral; and (3) the amended plan

does not provide that FLCA and Debtor will receive the present value of their secured claims over the period of the amended plan.

WHEREFORE, Farm Credit Mid-America, FLCA and Farm Credit Mid-America, PCA pray that the Debtor's Chapter 12 Amended Plan of Reorganization Dated December 12, 2025 be not confirmed, and for any and all further relief to which they may be entitled.

Ralph W. Waddell (85l63)
WADDELL, COLE & JONES, PLLC
Post Office Box 1700
Jonesboro, AR 72403
(870) 931-1700


By      */s/ Ralph W. Waddell*
Attorneys for Farm Credit Mid-America, FLCA and
Farm Credit Mid-America, PCA

## **CERTIFICATE OF SERVICE**

I, Ralph W. Waddell, do hereby certify that the foregoing pleading has been served on and be delivered to all electronic case filing system participating parties via the Court's ECF noticing systems and provided to the following counsel of record, via U.S. Mail or electronically, this 31st day of December, 2025.

Joel G. Hargis
Caddell Reynolds
P.O. Box 184
Fort Smith, AR 72902

Beverly Ivy Brister
Chapter 12 Trustee
212 W Sevier St
Benton, AR 72015

*/s/ Ralph W. Waddell*

SCHEDULE A -  HDC FARMS LLC
(Description of PCA Secured Claims)

I.  **<u>PROMISSORY NOTES</u>**

    A.    Promissory Note/Loan Agreement, Loan No. xxxxx 0400 dated February 15, 2019 from HDC Farms LLC, Hunter Booth Miller, individually, and Donna Kaye Miller, individually to Farm Credit Mid-America, PCA, successor in interest by merger to Farm Credit MidSouth, PCA ("PCA") in the original principal sum of $210,000.00.

    B.    Promissory Note/Loan Agreement, Loan No. xxxxx 0800 dated April 20, 2020 from HDC Farms LLC, Hunter Booth Miller, individually, and Donna Kaye Miller, individually to Farm Credit Mid-America, PCA, successor in interest by merger to Farm Credit MidSouth, PCA ("PCA") in the original principal sum of $175,050.

    C.    Promissory Note/Loan Agreement, Loan No. xxxxx 4500 dated June 19, 2021 from HDC Farms LLC, Hunter Booth Miller, individually, and Donna Kaye Miller, individually to Farm Credit Mid-America, PCA, successor in interest by merger to Farm Credit MidSouth, PCA ("PCA") in the original principal sum of $996,550.00.

    D.    Promissory Note/Loan Agreement, Loan No. xxxxx 5400 dated February 22, 2021from HDC Farms LLC, Hunter Booth Miller, individually, and Donna Kaye Miller, individually to Farm Credit Mid-America, PCA, successor in interest by merger to Farm Credit MidSouth, PCA ("PCA") in the original principal sum of $240,100.

    E.    Promissory Note/Loan Agreement, Loan No. xxxxx 3400 dated February 25, 2022 from HDC Farms LLC, Hunter Booth Miller, individually, and Donna Kaye Miller, individually to Farm Credit Mid-America, PCA, successor in interest by merger to Farm Credit MidSouth, PCA ("PCA") in the original principal sum of $1,250,000.

    F.    Promissory Note/Loan Agreement, Loan No. xxxxx 1800 dated March 9, 2022 from HDC Farms LLC, Hunter Booth Miller, individually, and Donna Kaye Miller, individually to Farm Credit Mid-America, PCA, successor in interest by merger to Farm Credit MidSouth, PCA ("PCA") in the original principal sum of $228,200.

    G.    Promissory Note/Loan Agreement, Loan No. xxxxx 7800 dated February March 10, 2023from HDC Farms LLC, Hunter Booth Miller, individually, and Donna Kaye Miller, individually to Farm Credit Mid-America, PCA, successor in interest by merger to Farm Credit MidSouth, PCA ("PCA") in the original principal sum of $385,000.

II.    **COLLATERAL.**  The Notes are secured by the following described mortgages, security agreements, financing statements and other security documents:

1.    **MORTGAGES**

A.    Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing, dated March 23, 2011, executed by Clayton Miller a/k/a Don Clayton Miller, Hunter Miller a/k/a Hunter B. Miller and Donna Miller, husband and wife, to PCA and recorded March 23, 2011 in Book 2011 at page 1946 in the Osceola District of Mississippi County, Arkansas.

B.    Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage, dated June 27, 2012, executed by Clayton Miller a/k/a Don Clayton Miller, and Hunter Miller a/k/a Hunter B. Miller and Donna Miller, husband and wife, to PCA and recorded June 28, 2012 as LC2012R-0737 in the Eastern District of Craighead County, Arkansas.

C.    Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage, dated June 27, 2012, executed by Clayton Miller a/k/a Don Clayton Miller, and Hunter Miller a/k/a Hunter B. Miller and Donna Miller, husband and wife, to PCA and recorded June 28, 2012, in Book 2012 at page 3514 in the Osceola District of Mississippi County, Arkansas.

D.    Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage, dated April 18, 2016, executed by Clayton Miller a/k/a Don Clayton Miller and Shawna Miller, husband and wife, and Hunter Miller a/k/a Hunter B. Miller and Donna Miller, husband and wife, to PCA and recorded May 3, 2016 in Book 2029 at page 7738 of the Chickasawba District of Mississippi County, Arkansas.

E.    Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage dated March 13, 2020, executed by Hunter Booth Miller a/k/a Hunter Miller and Donna Kaye Miller a/k/a Donna Miller, husband and wife, to PCA and recorded March 16, 2020 as 2020R-005644 in the Lake City District of Craighead County, Arkansas.

F.    Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage, dated March 13, 2020, executed by Hunter Booth Miller a/k/a Hunter Miller and Donna Kaye Miller a/k/a Donna Miller, husband and wife, to PCA and recorded March 16, 2020, as 2020-001795 in the Osceola District of Mississippi County, Arkansas.

G.    Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage, dated March 13, 2020, executed by Hunter Booth Miller a/k/a Hunter Miller and Donna Kaye Miller a/k/a Donna Miller, husband

and wife, to PCA and recorded March 16, 2020 as 2020R-00740 in Poinsett County, Arkansas.

H.      Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage, dated January 19, 2021, executed by Hunter Booth Miller a/k/a Hunter Miller and Donna Kay Miller a/k/a Donna Miller, husband and wife, to PCA and recorded January 21, 2021, as 2021R-001651 of the Lake City District of Craighead County, Arkansas.

I.      Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage, dated January 19, 2021, executed by Hunter Booth Miller a/k/a Hunter Miller and Donna Kay Miller a/k/a Donna Miller, husband and wife, to PCA and recorded January 21, 2021, as 2021-000418 in the Osceola District of Mississippi County, Arkansas.

J.      Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage, dated January 19, 2021, executed by Hunter Booth Miller a/k/a Hunter Miller and Donna Kay Miller a/k/a Donna Miller, husband and wife, to PCA and recorded January 21, 2021, as 2021R-00199 in Poinsett County, Arkansas.

K.      Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage, dated February 25, 2022, executed by Hunter Booth Miller a/k/a Hunter Miller a/k/a Hunter B. Miller and Donna Kaye Miller a/k/a Donna Miller, husband and wife, to PCA and recorded February 28, 2022 in 2022R-004419 in Lake City District, Craighead County, Arkansas.

L.      Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage, dated February 25, 2022, executed by Hunter Booth Miller a/k/a Hunter Miller a/k/a Hunter B. Miller and Donna Kaye Miller a/k/a Donna Miller, husband and wife, to PCA and recorded February 28, 2022, in 2022R-004420 Lake City District, Craighead County, Arkansas.

M.      Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage, dated February 25, 2022, executed by Hunter Booth Miller a/k/a Hunter Miller a/k/a Hunter B. Miller and Donna Kaye Miller a/k/a Donna Miller, husband and wife, to PCA and recorded March 3, 2022 in 2022-001554 Osceola District, Mississippi County, Arkansas.

N.      Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage, dated February 25, 2022, executed by Hunter Booth Miller a/k/a Hunter Miller a/k/a Hunter B. Miller and Donna Kaye Miller a/k/a Donna Miller, husband and wife, to PCA and recorded March 3, 2022 in 2022-001555 Osceola District, Mississippi County, Arkansas.

O.    Arkansas Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Mortgage, dated February 25, 2022, executed by Hunter Booth Miller a/k/a Hunter Miller a/k/a Hunter B. Miller and Donna Kaye Miller a/k/a Donna Miller, husband and wife, to PCA and recorded February 28, 2022 in 2022R-00649 Poinsett County, Arkansas.

2.    **<u>SECURITY AGREEMENTS</u>**

The Note is secured by all existing and future security agreements from HDC Farms LLC, Hunter Booth Miller, individually, and Donna Kaye Miller, individually to PCA, including, but not limited to, the following:

A.    Security Agreement dated February 29, 2012 executed by HDC Farms LLC, Hunter Miller, individually and Donna Miller, individually to PCA.

B.    Security Agreement dated June 1, 2015 executed by HDC Farms LLC, Hunter Miller, individually and Donna Miller, individually, to PCA.

C.    Security Agreement dated May 3, 2016 executed by HDC Farms LLC, Hunter Miller, individually and Donna Miller, individually, to PCA.

D.    Security Agreement dated March 1, 2019 executed by HDC Farms LLC, Hunter Miller, individually and Donna Miller, individually, to PCA.

E.    Security Agreement dated February 25, 2022 executed by HDC Farms LLC, Hunter Booth Miller, individually, and Donna Kaye Miller, individually, to PCA.

F.    Membership Interest Pledge and Security Agreement dated February 15, 2019 executed by HDC Farms LLC, Hunter Booth Miller, individually, and Donna Kaye Miller, individually, to PCA.

3.    **<u>UCC FINANCING STATEMENTS.</u>**

The security interest of PCA is perfected by the certain UCC Financing Statements, including, but not limited to the following:

A.    UCC1 40000010855720 filed 3/10/09 with the AR SOS
UCC3 40000010855841 filed 4/8/10 with the AR SOS
UCC3 400000109404462 filed 4/9/10 with the AR SOS
UCC3 40000010904846 filed 4/9/10 with the AR SOS
UCC3 40000045533640 filed 2/28/12 with the AR SOS
UCC3 40000045533882 filed 2/28/12 with the AR SOS
UCC3 40000045534035 filed 2/28/12 with the AR SOS
UCC3 40000045534277 filed 2/28/12 with the AR SOS
UCC3 40000045534419 filed 2/28/12 with the AR SOS

UCC3 40000079181212 filed 11/15/13 with the AR SOS
UCC3 40000079181838 filed 11/15/13 with the AR SOS
UCC3 40000079182223 filed 11/15/13 with the AR SOS
UCC3 40000079182465 filed 11/15/13 with the AR SOS
UCC3 40000103464264 filed 2/18/15 with the AR SOS
UCC3 40000103465033 filed 2/18/15 with the AR SOS
UCC3 40000103465891 filed 2/18/15 with the AR SOS
UCC3 40000103466428 filed 2/18/15 with the AR SOS
UCC3 40000127698168 filed 4/29/16 with the AR SOS
UCC3 40000128113626 filed 5/6/16 with the AR SOS
UCC3 40000162804580 filed 2/12/18 with the AR SOS
UCC3 40000180585485 filed 1/8/19 with the AR SOS
UCC3 40000187846624 filed 5/14/19 with the AR SOS
UCC3 4000019915032 filed 12/17/19 with the AR SOS
UCC3 40000199149754 filed 12/17/19 with the AR SOS
UCC3 40000020398430 filed 10/11/20 with the AR SOS
UCC3 4000007918267 filed 11/15/23 with the AR SOS
UCC3 40000285199169 filed 3/1/24 with the AR SOS
UCC3 4000028523891 filed 3/4/24 with the AR SOS

B. UCC1 No. 40000182754859 filed 2/19/19 with the AR SOS
UCC3 No. 4000028447238 filed 2/19/24 with the AR SOS
UCC3 No. 40000288376290 filed 4/25/24 with the AR SOS

C. UCC1 40000182761968 filed 2/19/19 with the AR SOS
UCC3 40000245959987 filed 2/28/22 with the AR SOS
UCC3 40000284371382 filed 2/15/24 with the AR SOS
UCC3 40000288375784 filed 4/25/24 with the AR SOS

D. UCC1 No. 4000025867158 filed 9/27/22 with the AR SOS

E. UCC1 40000159524546 filed 10/12/22 with the AR SOS

F. UCC1 No. 400000264033638 filed 1/13/23 with the AR SOS

4. **<u>ADDENDUMS</u>**

A. Addendum to Loan Documents dated August 3, 2021 between PCA, HDC Farms, LLC, Hunter Miller, individually and Donna Kaye Miller, individually, to PCA.

B. Addendum to Loan Documents dated March 9, 2022 between PCA, HDC Farms, LLC, Hunter Miller, individually and Donna Kaye Miller, individually, to PCA.

C. Addendum to Loan Documents March 10, 2023 between PCA, HDC Farms, LLC, Hunter Miller, individually and Donna Kaye Miller, individually, to PCA.

SCHEDULE B - HDC FARMS LLC
(Description of FLCA Secured Claim)

1. Promissory Note/Loan Agreement, Loan No. xxxxx 2800 dated April 8, 2013 from HDC Farms LLC, Hunter Booth Miller, individually, and Donna Kaye Miller, individually to Farm Credit Mid-America, FLCA, successor in interest by merger to Farm Credit Midsouth, FLCA ("FLCA") in the original principal sum of $163,305.

2. Mortgage, Security Agreement, Assignment of Rents and Fixture Filing dated April 8, 2013 from Hunter Miller and Donna Miller to FLCA and recorded April 8, 2013 in Book 2013 page 2120, Osceola District Mississippi County, Arkansas.

3. Mortgage, Security Agreement, Assignment of Rents and Fixture Filing dated April 8, 2013 from Hunter Miller and Donna Miller to FLCA and recorded April 8, 2013 in Book 2013 page 440, Eastern District Craighead County, Arkansas. Tract No. 7 described in the Mortgage was released by Partial Release dated May 4, 2016 and recorded May 5, 2016 as Instrument #LC 2016R-0486, Eastern District Craighead County, Arkansas.

4. Arkansas Mortgage, Security Agreement, Assignment of Rents and Fixture Filing dated February 5, 2015 from Hunter Miller and Donna Miller, husband and wife, to FLCA and recorded February 18, 2015 as Instrument LC2015R-0200, in the Lake City District of Craighead County, Arkansas.

5. Arkansas Mortgage, Security Agreement, Assignment of Rents and Fixture Filing dated February 5, 2015 from Hunter Miller and Donna Miller, husband and wife, to FLCA and recorded on February 18, 2015 in Book 2015 at page 0701, Osceola District Mississippi County, Arkansas.

6. Arkansas Mortgage, Security Agreement, Assignment of Rents and Fixture Filing dated February 5, 2015 from Hunter Miller and Donna Miller, husband and wife, to FLCA and recorded on February 18, 2015 as Instrument 2015R-00455, Poinsett County, Arkansas.

7. Open-End Mortgage, Security Agreement, Assignment of Rents and Fixture Filing dated July 13, 2022 executed by Hunter Booth Miller a/k/a Hunter Miller a/k/a Hunter B. Miller and Donna Kaye Miller a/k/a Donna Miller, husband and wife, to FLCA and recorded July 26, 2022 as Instrument #2022-005406, Osceola District Mississippi County, Arkansas, on July 18, 2022, as Instrument #2022R-02332, Poinsett County, Arkansas, and on July 15, 2022 as Instrument #2022R-015751, Lake City District Craighead County, Arkansas.

8. Correction Mortgage, Security Agreement, Assignment of Rents and Fixture Filing, dated March 23, 2023, executed by Hunter Booth Miller a/k/a Hunter Miller a/k/a Hunter B. Miller and Donna Kaye Miller a/k/a Donna Miller, husband and wife, to FLCA and recorded May 17, 2023 as Instrument # 2023R-008373, Lake City District Craighead County, Arkansas.

9. Correction Mortgage, Security Agreement, Assignment of Rents and Fixture Filing, dated March 23, 2023 executed by Hunter Booth Miller a/k/a Hunter Miller a/k/a Hunter B. Miller and Donna

Kaye Miller a/k/a Donna Miller, husband and wife, and recorded May 22, 2023 as Instrument #2023-003110, Osceola District Mississippi County, Arkansas.

10.     Correction Mortgage, Security Agreement, Assignment of Rents and Fixture Filing, dated March 23, 2023 executed by Hunter Booth Miller a/k/a Hunter Miller a/k/a Hunter B. Miller and Donna Kaye Miller a/k/a Donna Miller, husband and wife, and recorded May 25, 2023 as Instrument #2023-003240, Chickasawba District Mississippi County, Arkansas.

11.     Correction Mortgage, Security Agreement, Assignment of Rents and Fixture Filing Correction Mortgage, dated March 23, 2023, executed by Hunter Booth Miller a/k/a Hunter Miller a/k/a Hunter B. Miller and Donna Kaye Miller a/k/a Donna Miller, husband and wife, and recorded May 17, 2023 as Instrument #2023R-01395, Poinsett County, Arkansas.

F:\USERS\RWW\FCMA\HDC Farms, LLC (Hunter Miller)\Draft Pleadings - Bankruptcy\Objection to 12-12-25 Amended Plan (HDC Farms).wpd